UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARTIER, a Division of RICHEMONT NORTH AMERICA, INC., et al.,

    Plaintiffs,

v.

THE FINEST JEWELRY, INC., et al.,

    Defendant.
_____/

No. C 06-80235 MISC PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge to conduct an examination of judgment debtors TheFinestJewelry.com, LLC d/b/a The Finest Jewelry, Inc.; Roger Kuo; TheFinestWatches.com; and Sue Trading Co., Inc.

The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: November 1, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge